UNITED STATES DISTRICT COURT
Northern District of Texas - Dallas Division

| | | |
|---|---|---|
| PAIGE ROBINSON, | § § | |
| PLAINTIFF | § § | CASE NUMBER: 3:25-cv-02500-K |
| VS. | § § | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, | § § § | DEMAND FOR JURY TRIAL |
| DEFENDANT | § § | |

## **STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiff, Paige Robinson files this Stipulation of Dismissal under Federal Rule Civil Procedure 41(a)(1) against Absolute Resolutions Investments, LLC.

2. Plaintiff moves to dismiss this suit against Absolute Resolutions Investments, LLC with prejudice.

3. Defendant has conferred with Plaintiff, and agrees to the dismissal.

4. All matters in controversy have been resolved.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

9. Costs are taxed to the party who incurred them.

        Respectfully submitted,

        */s/ Daniel J. Ciment*

        Daniel J. Ciment
        CIMENT LAW FIRM, PLLC
        400 E. Weatherford St.,
        Fort Worth, TX 76102
        833-663-3289
        Daniel@cimentlawfirm.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that the above document was sent to all parties of record via the ecf filing system on March 2nd, 2026.

*Daniel J. Ciment*
Daniel J. Ciment